UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No.:     8:15-CR-284-RAL-MAP-5

CESAR VALENCIA

## DEFENDANT CESAR M. VALENCIA'S SENTENCING MEMORANDUM

COMES NOW, the undersigned counsel, on behalf of the Defendant, CESAR VALENCIA, and files this his sentencing memorandum and in support states as follows:

I. SENTENCING POSITION

At sentencing in the above styled case the issue before this Honorable Court is whether the Defendant should receive a prison sentence within the advisory federal guideline range of 210 months to 262 months in federal prison to be consecutive to whatever sentence this Honorable Court imposes in related case number 8:03-CR-445-RAL-EAJ.

Given the totality of the circumstances of this case, and the Defendant's life, the Defendant respectfully submits a sentence of 120 months is a reasonable sentence and respectfully requests that it should be run concurrent to whatever sentence is imposed in related case number 8:03-CR-445-RAL-EAJ.

II. PRESENTENCE INVESTIGATION REPORT

The Defendant has no objections to the factual accuracy of the presentence

investigation report. The Defendant has no objections to the legal accuracy of the presence investigation report.

III.   APPICLABLE LAW REGARDING THE FEDERAL SENTENCING GUIDELINES

Undersigned counsel is fully aware this Honorable Court understands the law regarding the discretion it has at federal sentencing based upon the advisory nature of the federal sentencing guidelines pursuant to *United States v. Booker*, 543 U.S. 220, 245-67 (2005), *Gall v. United States*, 552 U.S. 38, 53 (2007) and Title 18 United States Code Section 3553(a).

IV.   LEGAL REASONING

At sentencing, this Honorable Court will choose to impose a reasonable sentence of 120 months for the lowest of the low in the drug trafficking hierarchy to be run consecutive to the Defendant's supervised release sentence or it will choose to impose a sentence within the unreasonable advisory federal guideline range to be run consecutive to the Defendant's supervised release sentence.

The Defendant is 67 years old, poor and desperate.

If this Honorable Court imposes a sentence between 210 months to 262 months in the above styled case with an additional consecutive sentence of 24 months to 30 months in related case number 8:03-CR-445-RAL-EAJ, there should be no doubt by any of the parties involved in this case that it is actually imposing a sentence that will result in the Defendant dying, alone, in a federal prison complex thousands of miles from his poor and desperate family.

This result is so far from necessary and thus unreasonable that it simply screams for a below guideline sentence.

## CONCLUSION

WHEREFORE, the Defendant, CESAR VALENCIA, by and through the undersigned counsel respectfully requests this Honorable Court grant the stated relief and/or any other relief this Honorable Court deems appropriate.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
Bayshore Center
511 West Bay Street
Third Floor - Suite 330
Tampa, Florida 33606
Direct: (813) 228-6989
Email: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on June 22, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien